# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**In re:**

Ted Kim
aka Tae Sung Kim
1641 International Drive, Suite 208
Mc Lean, VA 22102

**SSN:** xxx−xx−5039   **EIN:** NA

**Case Number** 20−10885−BFK
**Chapter** 7

## NOTICE OF TRUSTEE'S REPORT OF NO DISTRIBUTION

Notice is hereby given that on December 18, 2020 , the trustee in the above−referenced case filed a report with this court stating there are no assets from which a dividend can be paid to creditors.

Do not file a proof of claim unless you receive further court notice.

Dated:   December 21, 2020

(VAN−031)

For the Court,

William C. Redden, Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 20-10885-BFK |
| Ted Kim | Chapter 7 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: huntingto | Page 1 of 2 |
| Date Rcvd: Dec 21, 2020 | Form ID: VAN031 | Total Noticed: 15 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ted Kim, 1641 International Drive, Suite 208, Mc Lean, VA 22102-4829 |
| aty | + | The Meiburger Law Firm, P.C., 1493 Chain Bridge Road Suite 201, McLean, VA 22207, US 22101-5726 |
| cr | | BANK OF AMERICA, N.A., P. O. Box 660933, DALLAS, TX 75266-0933 |
| cr | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, BWW Law Group, LLC, 8100 Three Chopt Rd., Suite 240, Richmond, VA 23229-4833 |
| 15370483 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15308615 | + | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15308618 | + | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15458550 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15420396 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15308619 | + | Korea Deposit Insurance Corp, Bluestone Law International (SLB), 4800 Hampden Lane, #200, Bethesda, MD 20814-2934 |
| 15316701 | + | THE BANK OF NEW YORK MELLON, BWW Law Group, LLC, 8100 Three Chopt Rd., Suite 240, Richmond, VA 23229-4833 |
| 15308620 | + | Td Bank Na/avant, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 15420186 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15308616 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 22 2020 04:51:06 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15308617 | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 22 2020 04:43:34 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-0000 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Korean Deposit Insurance Corporation |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 15308621 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, US Bank/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-0000 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2020                        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:

**Name** | **Email Address**

Andrew Todd Rich

on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2004- HYB3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-H bkvaecfupdates@bww-law.com

Jack Frankel

on behalf of U.S. Trustee John P. Fitzgerald III jack.i.frankel@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov;paula.f.blades@usdoj.gov

Janet M. Meiburger

trustee@meiburgerlaw.com VA41@ecfcbis.com

Janet M. Meiburger

on behalf of Trustee Janet M. Meiburger trustee@meiburgerlaw.com VA41@ecfcbis.com

John P. Fitzgerald, III

ustpregion04.ax.ecf@usdoj.gov

Richard G. Hall

on behalf of Debtor Ted Kim richard.hall33@verizon.net

Robert M. Marino

on behalf of Creditor Korean Deposit Insurance Corporation rmmarino@rpb-law.com rmmarino1@aol.com

TOTAL: 7