**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Ted Kim** | Social Security number or ITIN   xxx–xx–5039 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Virginia**

Case number:   **20–10885–BFK**

## Discharge of Debtor                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ted Kim
aka Tae Sung Kim

<u>December 29, 2020</u>                                    **For the court:**       <u>William C. Redden</u>
                                                                                             Clerk

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Eastern District of Virginia

In re:  
Ted Kim  
    Debtor(s)

Case No. 20-10885-BFK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0422-9      User: huntingto      Page 1 of 2  
Date Rcvd: Dec 29, 2020      Form ID: 318      Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ted Kim, 1641 International Drive, Suite 208, Mc Lean, VA 22102-4829 |
| aty | + | The Meiburger Law Firm, P.C., 1493 Chain Bridge Road Suite 201, McLean, VA 22207, US 22101-5726 |
| cr | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, BWW Law Group, LLC, 8100 Three Chopt Rd., Suite 240, Richmond, VA 23229-4833 |
| 15420396 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15308619 | + | Korea Deposit Insurance Corp, Bluestone Law International (SLB), 4800 Hampden Lane, #200, Bethesda, MD 20814-2934 |
| 15316701 | + | THE BANK OF NEW YORK MELLON, BWW Law Group, LLC, 8100 Three Chopt Rd., Suite 240, Richmond, VA 23229-4833 |
| 15308620 | + | Td Bank Na/avant, 222 N. Lasalle St, Chicago, IL 60601-1003 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: BJMMEIBURGER.COM | Dec 30 2020 06:23:00 | Janet M. Meiburger, The Meiburger Law Firm, P.C., 341 Dial: 866-652-2725 Code: 5661649, 1493 Chain Bridge Road, Suite 201, McLean, VA 22101-5726 |
| cr | | EDI: WFFC.COM | Dec 30 2020 06:23:00 | BANK OF AMERICA, N.A., P. O. Box 660933, DALLAS, TX 75266-0933 |
| 15370483 | | EDI: BECKLEE.COM | Dec 30 2020 06:23:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15308615 | + | EDI: BANKAMER.COM | Dec 30 2020 06:23:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15308616 | + | EDI: CAPITALONE.COM | Dec 30 2020 06:23:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15308618 | + | EDI: CITICORP.COM | Dec 30 2020 06:23:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15458550 | | EDI: CITICORP.COM | Dec 30 2020 06:23:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15308617 | | EDI: JPMORGANCHASE | Dec 30 2020 06:23:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-0000 |
| 15420186 | | EDI: USBANKARS.COM | Dec 30 2020 06:23:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 15308621 | | EDI: USBANKARS.COM | Dec 30 2020 06:23:00 | US Bank/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-0000 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Korean Deposit Insurance Corporation |
| aty | * | Janet M. Meiburger, The Meiburger Law Firm, P.C., 341 Dial: 866-652-2725 Code: 5661649, 1493 Chain Bridge Road, Suite 201, McLean, VA 22101-5726 |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:**

**Name** | **Email Address**

Andrew Todd Rich
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2004- HYB3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-H bkvaecfupdates@bww-law.com

Jack Frankel
on behalf of U.S. Trustee John P. Fitzgerald III jack.i.frankel@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov;paula.f.blades@usdoj.gov

Janet M. Meiburger
trustee@meiburgerlaw.com VA41@ecfcbis.com

Janet M. Meiburger
on behalf of Trustee Janet M. Meiburger trustee@meiburgerlaw.com VA41@ecfcbis.com

John P. Fitzgerald, III
ustpregion04.ax.ecf@usdoj.gov

Richard G. Hall
on behalf of Debtor Ted Kim richard.hall33@verizon.net

Robert M. Marino
on behalf of Creditor Korean Deposit Insurance Corporation rmmarino@rpb-law.com rmmarino1@aol.com

TOTAL: 7